UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT FARMS INTERNATIONAL LLC, a Delaware limited liability company, CAL PURE PISTACHIOS, INC., a California Nonprofit Cooperative Association, and PARAMOUNT INTERNATIONAL IP HOLDING COMPANY, a Cayman Islands company limited by shares,<br><br>        Plaintiffs,<br><br>    v.<br><br>KEENAN FARMS, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.  1:14-CV-00855-GSA<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served:   June 6, 2014<br>Current Response Date:   June 27, 2014<br>**New Response Date:   July 11, 2014** |

///

///

///

///

///

///

{2056676.1}

ORDER RE: STIPULATION TO EXTEND TIME TO ANSWER

WHEREAS, the parties have stipulated to extend the time to respond to the initial complaint;

WHEREAS, this is the first stipulation regarding an extension of time to respond to the initial Complaint; and

WHEREAS, Parties are engaged in good faith settlement discussions which they believe will eliminate the need for Defendant to file any responsive pleading;

IT IS HEREBY ORDERED that Defendant has an additional two (2) weeks, up to and including **July 11, 2014**, in which to respond to Complaint.

IT IS SO ORDERED.

Dated:   **June 27, 2014**              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE