UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT FARMS INTERNATIONAL LLC, a Delaware limited liability company, CAL PURE PISTACHIOS, INC., a California Nonprofit Cooperative Association, and PARAMOUNT INTERNATIONAL IP HOLDING COMPANY, a Cayman Islands company limited by shares,<br><br>Plaintiffs,<br><br>v.<br><br>KEENAN FARMS, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:14-CV-00855-GSA<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served:     June 6, 2014<br>Current Response Date: July 11, 2014<br>**New Response Date:   July 25, 2014** |

{2056676.1}

ORDER RE: STIPULATION TO EXTEND TIME TO ANSWER

1    WHEREAS, the parties have stipulated to extend the time to respond to the initial complaint (Doc. 10);

WHEREAS, this is the second stipulation regarding an extension of time to respond to the initial Complaint, with the first stipulation also seeking a two week extension; and

WHEREAS, Parties are engaged in good faith settlement discussions which they believe will eliminate the need for Defendant to file any responsive pleading, and will not be requesting any additional extensions;

IT IS HEREBY ORDERED that Defendant has an additional two (2) weeks, up to and including July 25, 2014, in which to respond to Complaint.

IT IS SO ORDERED.

Dated:   **July 17, 2014**                **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE