1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT FARMS INTERNATIONAL LLC, a Delaware limited liability company, CAL PURE PISTACHIOS, INC., a California Nonprofit Cooperative Association, and PARAMOUNT INTERNATIONAL IP HOLDING COMPANY, a Cayman Islands company limited by shares,<br><br>            Plaintiffs,<br><br>     v.<br><br>KEENAN FARMS, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.  1:14-CV-00855-GSA<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served:       June 6, 2014<br>Current Response Date: July 25, 2014<br>**New Response Date:    August 8, 2014** |

///

///

{2063915.1}

| | |
|---|---|
| 1 | |
| 2 | |

WHEREAS, the parties have stipulated to extend the time to respond to the initial complaint;

WHEREAS, this is the third stipulation regarding an extension of time to respond to the initial Complaint, with the first and second stipulation also seeking a two week extension; and

WHEREAS, Parties are engaged in good faith settlement discussions which they believe will eliminate the need for Defendant to file any responsive pleading;

IT IS HEREBY ORDERED that Defendant has an additional two (2) weeks, up to and including August 8, 2014, in which to respond to Complaint.

IT IS SO ORDERED.

Dated:   **July 23, 2014**             **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

{2063915.1}                                    - 1 -

ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND