**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARAMOUNT FARMS INTERNATIONAL LLC, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　vs. <br><br>KEENAN FARMS, INC., <br><br>　　　　　Defendant. | No. 1:14-cv-855---GSA <br><br> **ORDER DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE** |

　　　On August 07, 2014, Plaintiffs filed a Notice of Voluntary Dismissal (Doc. 14) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Rule 41 thus allows the parties to dismiss an action voluntarily, either by filing a notice of voluntary dismissal prior to the filing of an answer, or after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have

1  appeared, although an oral stipulation in open court will also suffice.  *See Eitel v. McCool*, 782
2  F.2d 1470, 1472-73 (9th Cir. 1986).

3  Once a party files a notice of voluntary dismissal, no order of the court is necessary to
4  effectuate dismissal.  Caselaw concerning voluntary dismissals under Rule 41(a)(1)(A) is clear
5  that the entry of such a dismissal is effective automatically and does not require judicial
6  approval.  *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).
7  "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a
8  Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the
9  defendants who are the subjects of the notice."  *Wilson v. City of San Jose*, 111 F.3d 688, 692
10 (9th Cir. 1997).

11 Because Plaintiffs have filed a Notice of Dismissal against the Defendant under Rule
12 41(a)(1)(A)(i), this case has terminated.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly IT IS
13 HEREBY ORDERED that the Clerk of the Court is to administratively close this case.

IT IS SO ORDERED.

Dated:  **August 11, 2014**                              **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE